# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NO: 2:12-cv-00764-MMM-JEM |
|---|---|
| Plaintiff(s), | |
| v. | ORDER DISMISSING CIVIL ACTION |
| 25,436.00 IN U S CURRENCY | |
| Defendant(s). | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

Dated: May 9, 2013

*Margaret M. Morrow*

Margaret M. Morrow
United States District Judge

-1-