ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JENNIFER M. RESNIK
Assistant United States Attorney
Asset Forfeiture Section
(Cal. State Bar # 233634)
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6595
    Facsimile: (213) 894-7177
    E-mail: jennifer.resnik@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>$25,436.00 IN U.S. CURRENCY,<br><br>           Defendant.<br><br>CARLOTA FELIX ZAZUETA AND<br>RUBEN RIVERA,<br><br>           Claimants. | NO. CV 12-00764-MMM (JEMx)<br><br>[~~Proposed~~]<br>**CONSENT JUDGMENT OF FORFEITURE** |

    This action was filed on January 27, 2012. Notice was given and published in accordance with law. Claimants Carlota Felix Zazueta and Ruben Rivera ("Claimants") filed the only claims to defendant $25,436.00 in U.S. currency. No other statements of

1 interest or answers have been filed, and the time for filing such
2 statements of interest and answers has expired.  Plaintiff and
3 Claimants have reached an agreement that is dispositive of the
4 action.  The parties hereby request that the Court enter this
5 Consent Judgment of Forfeiture.
6     WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:
7     A.   This Court has jurisdiction over this action pursuant
8 to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.
9     B.   The Complaint for Forfeiture states a claim for relief
10 pursuant to 21 U.S.C. § 881(a)(6).
11    C.   Notice of this action has been given in accordance with
12 law.  All potential claimants to the defendant $25,436.00 in U.S.
13 currency other than Claimants are deemed to have admitted the
14 allegations of the Complaint.  The allegations set out in the
15 Complaint are sufficient to establish a basis for forfeiture.
16    D.   Claimant Carlota Felix Zazueta hereby withdraws her
17 claim to the defendant currency.
18    E.   The United States of America shall have judgment as to
19 $12,718.00 of the defendant currency, together with all interest
20 earned by the government on that portion of the defendant
21 currency since seizure, and no other person or entity shall have
22 any right, title or interest therein.
23    F.   $12,718.00 of the defendant currency, together with all
24 interest earned by the government on that amount since seizure,
25 shall be paid to Claimant Ruben Rivera not later than forty-five
26 (45) days from (1) the date of the entry of this judgment by
27 electronic transfer directly into the account entitled "Michael
28 Severo, Client Trust Account" or (2) receipt by the government

from Claimants' counsel of the appropriate financial institution account needed for the transfer, whichever is later.

G. Claimants hereby release the United States of America, its agencies, agents, and officers, including employees and agents of the United States Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

///
///
///

H. The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: June 28, 2013

_____
THE HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

Approved as to form and content:

Dated: June 25, 2013         ANDRÉ BIROTTE JR.
                             United States Attorney
                             ROBERT E. DUGDALE
                             Assistant United States Attorney
                             Chief, Criminal Division
                             STEVEN R. WELK
                             Assistant United States Attorney
                             Chief, Asset Forfeiture Section


                                  /s/
                             _____
                             JENNIFER M. RESNIK
                             Assistant United States Attorney
                             Asset Forfeiture Section

                             Attorneys for Plaintiff
                             United States of America


DATED: June 21, 2013              /s/
                             _____
                             CARLOTA FELIX ZAZUETA


DATED: May 1, 2013                /s/
                             _____
                             RUBEN RIVERA


DATED: May 1, 2013                /s/
                             _____
                             MICHAEL SEVERO

                             Attorney for Claimants
                             Carlota Felix Zazueta and Ruben Rivera